**JAMES M. MAKASIAN (SBN 71791)**
**JAMES M. MAKASIAN**
**A PROFESSIONAL CORPORATION**
1327 "N" STREET
FRESNO, CALIFORNIA 93721
Telephone:  (559) 442-4212; Fax: (559) 445-0328
jamesmmakasian@hotmail.com

Attorneys for Defendants **MAGHAR SINGH dba PUNJAB AUTO REPAIR**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. 1:15-CV--00385---SAB |
| Plaintiff, | |
| v. | STIPULATION TO SET ASIDE DEFAULT; ORDER |
| JAMIE MARQUEZ; MAGHAR SINGH dba PUNJAB AUTO REPAIR | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendant, Maghar Singh dba Punjab Auto Repair ("Defendant"), through their attorneys of record, that the Entry of Default against Defendant (Dkt. 14) be and is hereby set aside, and that an answer on behalf of Defendants shall be filed within five (5) days of the entry of the order setting aside the default.

Defendant represents that good cause to set aside the entry of default exists because he is a non-English speaker who did not understand the nature of what was served upon him.  He did not

delay in obtaining an attorney once he was aware of the significance.  Additionally, Defendant believed the landlords were responsible for the liability regarding the premises.

| | |
|---|---|
| June 10, 2015_ <br> DATED | /s/TANYA E. MOORE_____ <br> TANYA E. MOORE, ATTORNEY FOR: <br> PLAINTIFF, RONALD MOORE |
| June 10, 2015_ <br> DATED | /s/JAMES M. MAKASIAN_____ <br> JAMES M. MAKASIAN, ATTORNEY FOR <br> DEFENDANT, MAGHAR SINGH dba PUNJAB <br> AUTO REPAIR |

IT IS SO ORDERED.

Dated:   **June 11, 2015**                                   _____
                                                                                   UNITED STATES MAGISTRATE JUDGE