1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Ronald Moore
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD MOORE,                       )  No.  1:15-cv-00385-SAB
                                        )
12              Plaintiff,              )  **STIPULATION GRANTING PLAINTIFF**
                                        )  **LEAVE TO FILE FIRST AMENDED**
13       vs.                            )  **COMPLAINT; ORDER**
                                        )
14  JAIME MARQUEZ, et al.,              )
                                        )
15              Defendants.             )
                                        )
16  _____)

17       **IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"),

18  and Defendants, Jaime Marquez and Maghar Singh dba Punjab Auto Repair (collectively

19  "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their

20  respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of

21  which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline

22  fixed by the Court's Scheduling Order dated July 29, 2015 (Dkt. 24) pursuant to Fed. R. Civ.

23  P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad

24  faith, or futile.

25       **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

26  within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

27  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

28  filed.

**IT IS SO STIPULATED**.

Dated:  September 8, 2015              MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Ronald Moore

Dated: September 9, 2015               LAW OFFICE OF LANCE E. ARMO


                                        */s/ Lance E. Armo*
                                        Lance E. Armo
                                        Attorney for Defendant,
                                        Jaime Marquez

Dated: September 22, 2015              JAMES M. MAKASIAN
                                        A PROFESSIONAL CORPORATION


                                        */s/ James M. Makasian*
                                        James M. Makasian
                                        Attorney for Defendant,
                                        Maghar Singh dba Punjab Auto Repair

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **September 24, 2015**

                                        UNITED STATES MAGISTRATE JUDGE