# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     v.<br><br>JAIME MARQUEZ, et al.,<br><br>          Defendants. | Case No. 1:15-cv-00385-SAB<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND REQUIRING DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO COMPLY WITH THE ORDER RE SETTLEMENT CONFERENCE<br><br>TEN DAY DEADLINE |

A settlement conference in this action is set for October 22, 2015, at 10:00 a.m. before the undersigned.  (ECF No. 24.)  Pursuant to the Order re Settlement Conference, (ECF No. 25), the parties were required to submit a confidential settlement statement to the Court no later than five (5) business days before the conference.  The Court has timely received the confidential statement from Plaintiff, however no statement has been received from Defendants.  This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success.  Settlement is very important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma.

Since Defendants have failed to comply with the order requiring the confidential

settlement statement to be submitted to the Court, the October 22, 2015, settlement conference shall be vacated. Should the parties desire another settlement conference date, they shall confer and contact the courtroom deputy with available dates. However, no settlement conference shall be set until Defendants submit a meaningful confidential settlement statement to the Court.

Further, Defendants are required to show cause why sanctions should not issue for the failure to comply with the September 8, 2015, Order re Settlement Conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for October 22, 2015, is VACATED;
2. The Court will re-set the settlement conference only upon the filing of a meaningful settlement conference statement by Defendants and at a time convenient to all parties and the Court; and
3. Within 10 days from the date of service of this order, Defendants Jaime Marquez and Maghar Singh shall show cause in writing why sanctions should not issue for the failure to comply with the September 8, 2015, Order re Settlement Conference.

IT IS SO ORDERED.

Dated:   **October 16, 2015**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE