# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:15-CV-00385-SAB |
| Plaintiff, | |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| JAIME MARQUEZ, et al., | |
| Defendants. | |

On September 8, 2015, the Court issued an Order re Settlement Conference that required the parties to submit confidential settlement conference statements by no later than October 15, 2015. Neither Defendant filed a statement. On October 16, 2015, the Court vacated the settlement conference set before the undersigned and order Defendants to show cause why sanctions should not issue for failing to submit confidential settlement conference statements.

On October 17, 2015, Defendant Jaime Marquez filed a response to the Order to Show Cause ("OSC") indicating that on October 16, 2015, he settled with Plaintiff, and Plaintiff had agreed to file the notice of settlement as to Jaime Marquez. Plaintiff's counsel did not file the

Notice of Settlement on October 19, 2015 – three days after Defendant Marquez' statement regarding the settlement conference was due.  Thus, Defendant Marquez maintains he did not file a settlement conference statement because he believed the Notice of Settlement would be filed in lieu of a statement.

On October 21, 2015, Defendant Maghar Singh filed a statement indicating his counsel had mis-calendared the deadline to submit the confidential settlement conference statement.  (Doc. 34.) Mr. Singh also indicated he cannot meet Plaintiff's current settlement demand.

Based on the Defendants' representations, the Order to Show Cause issued on October 16, 2015, is DISCHARGED.  If Plaintiff and Defendant Singh believe a settlement conference would be beneficial in the future, they may contact the undersigned's chambers to request a new settlement conference date.

IT IS SO ORDERED.

Dated:   **November 2, 2015**                           **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE