# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAIME MARQUEZ, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00385-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 33)<br><br>DEADLINE:  NOVEMBER 18, 2015 |

　　　On October 19, 2015, Plaintiff filed a notice that he has reached settlement with Defendant Jaime Marquez.  Accordingly, Plaintiff is HEREBY ORDERED to file dispositional documents on or before November 18, 2015.

IT IS SO ORDERED.

Dated:   **November 3, 2015**　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE