# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAIME MARQUEZ, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00385-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE FOR OPPOSITION TO PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT JAIME MARQUEZ |

On October 19, 2015, Plaintiff filed a notice of settlement as to Defendant Jaime Marquez only.  (ECF No. 33).  On November 18, 2015, Plaintiff filed a request for the dismissal of Defendant Marquez only from the action.  (ECF No. 39).  In the request for dismissal of Defendant Marquez from this action, Plaintiff indicates that Defendant Marquez agreed to electronically sign a joint stipulation, but Defendant Maghar Singh dba Punjab Auto Repair's objected to the dismissal of Defendant Marquez.  (ECF No. 39).

Accordingly, IT IS HEREBY ORDERED that opposition, if any, to Plaintiff's request for dismissal of Defendant Marquez shall be filed on or before November 30, 2015.

IT IS SO ORDERED.

Dated:  **November 20, 2015**

UNITED STATES MAGISTRATE JUDGE

1