Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:15-cv-00385-SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION; ORDER** |
| vs. | |
| JAIME MARQUEZ, et al., | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Maghar Singh dba Punjab Auto Repair, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: December 16, 2015           MOORE LAW FIRM, P.C.


                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Jose Escobedo

Dated: December 16, 2015           JAMES M. MAKASIAN
                                   A PROFESSIONAL CORPORATION


                                   */s/ James M. Makasian*
                                   James M. Makasian
                                   Attorneys for Defendant,
                                   Maghar Singh dba Punjab Auto Repair

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Jose Escobedo

///
///
///
///
///
///

**<u>ORDER</u>**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **January 11, 2016**

_____
UNITED STATES MAGISTRATE JUDGE